**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Almaria H. Wheeler<br>    <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 10-24638 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11, and index same on the master mailing list.

Re: Loan # Ending In: 7261

                          Respectfully submitted,

                          **/s/ Matthew J. McClelland, Esquire**
                          Matthew J. McClelland, Esquire
                          mmcclelland@kmllawgroup.com
                          Attorney I.D. No. 319482
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          Phone: 215-627-1322
                          Fax: 215-627-7734
                          Attorney for Movant/Applicant