FILED
12/6/16 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>ALMARIA H. WHEELER<br><br>    Debtor(s). | Case No. 1024638-GLT<br><br>Chapter 13 |
| RONDA J. WINNECOUR, Chapter 13 Trustee,<br><br>    Movant,<br><br>v.<br><br>U.S. Bank N.A. successor trustee to LaSalle Bank National Association, on behalf of Bear Sterns Asset Back Securities I Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11<br>    Respondent. | Related to Dkt. Nos. 150 and 160<br><br><br><br>Reply Due: December 27, 2016<br>Hearing: January 18, 2017 at 11:00 a.m. |

## ORDER SETTING STATUS CONFERENCE

**AND NOW**, this 6th day of December**, 2016**, upon consideration of the *Response to the Notice of Final Cure Payment* [Dkt. No. 160] ("Response") which relates to the *Chapter 13 Trustee's Notice of Final Cure Payment* [Dkt. No. 150]("Notice"),

It is hereby **ORDERED** that a status conference on the *Notice and Response* will be held on *January 18, 2017, at 11:00 a.m.* in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

It is **FURTHER ORDERED** that a *Reply* to the Response shall be filed and served no later than ***December 27, 2016.***

_____
GREGORY L. TADDONIO
United States Bankruptcy Judge

Case Administrator to mail to:
Almaria H. Wheeler
Franklin L. Robinson, Esq.
James C. Warmbrodt, Esq.
U.S. Bank, N.A.
Ronda J. Winnecour, Esq.
U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 10-24638-GLT
Almaria H. Wheeler                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Dec 06, 2016
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2016.
db             +Almaria H. Wheeler,    1335 Laketon Road,    Wilkinsburg, PA 15221-1831
               +McCabe Weisberg & Conway, PC,    1st Union Bldg.,    123 S. Broad St., Ste. 1400,
                 Philadelphia, PA 19109-1060
               +Pooling and Svcg Agrmt Bear Stearns Asset Backed S,    c/o Select Portfolio Servicing Inc.,
                 PO Box 65450,   Salt Lake City, UT 84165-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11, ecfmail@mwc-law.com
              Franklin L. Robinson, Jr.    on behalf of Plaintiff Almaria H. Wheeler frobi69704@aol.com,
               flrlegal@excite.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Almaria H. Wheeler frobi69704@aol.com,
               flrlegal@excite.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2004-HE11, Asset-Backed Certificates Series 2004-HE11 bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor   Bank of America, National Association
               ecfmail@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew John McClelland    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Reed J. Davis    on behalf of Creditor   Homeplus Finance Corporation rjd@ddapc.com,    lad@ddapc.com
              Reed J. Davis    on behalf of Defendant   Home Plus Finance Corporation rjd@ddapc.com,
               lad@ddapc.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 12