IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Almaria H. Wheeler ) | Case No.: 10-24638GLT |
| ) | Chapter 13 |
|     Debtor ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related Doc.: 160 |
| Trustee, ) | |
|     Movants, ) | Hearing Date: 1-8-2017 |
| ) | Response due: 12-27-2016 |
|     Vs. ) | |
| US Bank, N.A. successor trustee to ) | |
| LaSalle Bank National Association, on ) | |
| Behalf of the holders of Bear Stearns ) | |
| Asset Backed Securities I Trust 2004- ) | |
| HE11. Asset-Backed Certificates Series ) | |
| 2004-HE11 ) | |
|     Respondent(s) ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2016, upon consideration of the Trustee's Notice of Final Cure, the Response of US Bank, N.A. and the Trustee's Reply, it is

ORDERED, that the Court hereby determines that the debtor's mortgage with US Bank N.A. (as evidenced by claim #9-2) has been cured and reinstated pursuant to 11 U.S.C. § 1322(b)(5), through July 2016. It is further

ORDERED that US Bank, N.A. is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, or for attending any hearing in this matter. It is further

ORDERED that no later than 30 days from the date of this order, US Bank, N.A. shall file a complete loan history for the debtor's account, including a precise loan payoff amount as of July 31, 2016.

BY THE COURT:

_____
U.S. Bankruptcy Judge