IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/9/17 9:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  ALMARIA H. WHEELER

    Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:10-24638

Chapter 13

Document No.:  151

## ORDER OF COURT

AND NOW, this ___9th___ day of ___January___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:  Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: January 09, 2017

_____
Gregory L. Taddonio          jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 10-24638-GLT
Almaria H. Wheeler                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala                Page 1 of 3                  Date Rcvd: Jan 09, 2017
                              Form ID: pdf900           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
```
db             +Almaria H. Wheeler,   1335 Laketon Road,   Wilkinsburg, PA 15221-1831
12720022       +AAS Debt Recovery, Inc,   P.O. Box 129,   Monroeville, PA 15146-0129
12701347       +Allied Interstate, Inc.,   3000 Corporate Exchange Drive, 5th Floor,   Columbus, OH 43231-7689
13264687       +Bank of America, National Association,   C/o JPMOrgan Chase Bank , N.A.,   3415 Vision Drive,
                 Dept oh4-7119,   Columbus, OH 43219-6009
12701348      #+California Recovery Bureau,   135 Vallecitos De Oro, Suite G,   San Marcos, CA 92069-1461
12720026       +Chase,   P.O. Box 523,   Madison, MS 39130-0523
12701349       +Chase Student Loan Servicing, LLC,   P.O. Box 522,   Madison, MS 39130-0522
13101418       +Chase Student Loans,   PO Box 901005,   Ft. Worth, TX 76101-2005
13164818        Duquesne Light Company,   c/o Bernstein Law Firm, P.C.,   Suite 2200, Gulf Tower,
                 Pittsburgh, PA  15219
12701350       +EMC Mortgage,   800 State Highway 121 Bypass,   Lewisville, TX 75067-4180
12919340       +Home Plus Finance Corporation,   2143 South Sepulveda Boulevard, 2nd Flr,
                 Los Angeles, CA 90025-5733
13069357       +Homeplus Finance Corporation,   c/o Davis Davis Attorneys,   393 Vanadium Road, Ste 300,
                 Pittsburgh PA 15243-1478
13228769       +Homeplus Finance Corporation,   600 Lairport Street,   El Segundo, CA 90245-5004
12701352       +NCO Financial,   P.O.Box 15630, Dept. 99,   Wilmington, DE 19850-5630
12720034        NCO  Financial Systems, Inc,   PO Box 13574,   Philadelphia, PA 19101
12701353       +Northland Group, Inc.,   P.O. Box 390846,   Minneapolis, MN 55439-0846
12701354       +Peoples Natural Gas,   P.O Box 86190,   Pittsburgh, PA 15221-0190
12720038      #+Santander Consumer USA,   8585 N. Stemmons Fwy Ste 1100,   Dallas, TX 75247-3822
12720039      ++TRIAD FINANCIAL CORP,   5201 RUFE SNOW DRIVE,   SUITE 400,   NORTH RICHLAND HILLS TX 76180-6036
                 (address filed with court:  Triad Financial,   7711 Centre Avenue, Suite 250,
                 Huntington Beach, CA  92674)
12720041       +Verizon Penn,   500 Technology Drive,   Weldon Springs, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2017 01:53:54
                 Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX  77210-4457
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 10 2017 01:53:37
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
12720023       +Fax: 412-391-1945 Jan 10 2017 01:55:54      ACBA Federal Credit Union,   400 Stanwix, Suite 870,
                 Pittsburgh, PA 15222-1321
12919339       +E-mail/Text: cms-bk@cms-collect.com Jan 10 2017 01:54:42      Capital Management,
                 726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
12720029       +E-mail/Text: bknotice@erccollections.com Jan 10 2017 01:55:19      Enhanced Recovery Corporation,
                 8014 Bayberry Road,   Jacksonville, FL 32256-7412
13164829        E-mail/PDF: rmscedi@recoverycorp.com Jan 10 2017 01:53:05      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12720030       +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2017 01:53:32      GEMB/Sams Club,   PO Box 981400,
                 El Paso, TX 79998-1400
13527684        E-mail/PDF: rmscedi@recoverycorp.com Jan 10 2017 01:54:04      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
13090037       +E-mail/Text: cio.bncmail@irs.gov Jan 10 2017 01:54:36      INTERNAL REVENUE SERVICE,
                 1000 LIBERTY AVENUE ROOM 705,   PITTSBURGH,PA 15222-4014
13306239        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2017 01:55:30      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD MN 56302
12720032       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2017 01:53:06      LVNV Funding LLC,
                 PO Box 10584,   Greenville, SC 29603-0584
13537622        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2017 01:54:13      Midland Funding LLC,
                 by American InfoSource LP as agent,   PO Box 4457,   Houston, TX  77210-4457
13527685        E-mail/PDF: rmscedi@recoverycorp.com Jan 10 2017 01:54:04
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12701356       +E-mail/Text: BankruptcyNotice@upmc.edu Jan 10 2017 01:55:46      UPMC Physician Services,
                 1650 Metropolitan Street,   Third Floor - Customer Service,   Pittsburgh, PA 15233-2213
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, National Association
cr              Duquesne Light Company
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr              U.S. Bank, N.A., successor trustee to LaSalle Bank
cr*            +Homeplus Finance Corporation,   c/o Davis Davis Attorneys,   393 Vanadium Road Suite 300,
                 Pittsburgh, PA 15243-1478
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court:  JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
12720024*      +Allied Interstate, Inc.,   3000 Corporate Exchange Drive, 5th Floor,   Columbus, OH 43231-7689
12720025*      +California Recovery Bureau,   135 Vallecitos De Oro, Suite G,   San Marcos, CA 92069-1461
12925609*      +Capital Management,   726 Exchange Street, Suite 700,   Buffalo, NY 14210-1464
12720027*      +Chase Student Loan Servicing, LLC,   P.O. Box 522,   Madison, MS 39130-0522
```

```
District/off: 0315-2          User: aala                 Page 2 of 3                Date Rcvd: Jan 09, 2017
                              Form ID: pdf900            Total Noticed: 34


            ***** BYPASSED RECIPIENTS (continued) *****
12720028*       +EMC Mortgage,    800 State Highway 121 Bypass,    Lewisville, TX 75067-4180
12925610*       +Home Plus Finance Corporation,    2143 South Sepulveda Boulevard, 2nd Flr,
                  Los Angeles, CA 90025-5733
12701351*        Internal Revenue Service,    Special Procedures Branch,    P.O. Box 628,    Pittsburgh, PA   15230
12720031*        Internal Revenue Service,    Special Procedures Branch,    P.O. Box 628,    Pittsburgh, PA   15230
12720033*       +NCO Financial,    P.O.Box 15630, Dept. 99,    Wilmington, DE 19850-5630
12720035*       +Northland Group, Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
12720036*       +Peoples Natural Gas,    P.O Box 86190,    Pittsburgh, PA 15221-0190
12720037*       +RJM Acquisitions Funding, LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
13092133*       +Rjm Acquisitions Funding Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
12720040*       +UPMC Physician Services,    1650 Metropolitan Street,    Third Floor - Customer Service,
                  Pittsburgh, PA 15233-2213
cr             ##+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13674458       ##+Pooling and Servicing Agreement- Bear S,    Serviced by Select Portfolio Servicing,,
                  3815 South West Temple,    Salt Lake City, UT 84115-4412
12701355       ##+RJM Acquisitions Funding, LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
13092135       ##+Rjm Acquisitions Llc,    575 Underhill Blvd,    Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 4, * 16, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11, ecfmail@mwc-law.com
              Franklin L. Robinson, Jr.    on behalf of Plaintiff Almaria H. Wheeler frobi69704@aol.com,
               flrlegal@excite.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Almaria H. Wheeler frobi69704@aol.com,
               flrlegal@excite.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2004-HE11, Asset-Backed Certificates Series 2004-HE11 bkgroup@kmllawgroup.com
              Kevin T. McQuail    on behalf of Creditor    Bank of America, National Association
               ecfmail@mwc-law.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11 mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Matthew John McClelland    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle
               Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
               Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Reed J. Davis    on behalf of Defendant    Home Plus Finance Corporation rjd@ddapc.com,
               lad@ddapc.com
```

```
District/off: 0315-2          User: aala              Page 3 of 3            Date Rcvd: Jan 09, 2017
                              Form ID: pdf900         Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Reed J. Davis    on behalf of Creditor   Homeplus Finance Corporation rjd@ddapc.com, lad@ddapc.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 12