Case 10-24638-GLT    Doc 169    Filed 01/18/17    Entered 01/18/17 16:25:41    Desc Main
                        Document      Page 1 of 1

FILED
1/18/17 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 10-24638-GLT |
| | : | Chapter: | 13 |
| Almaria H. Wheeler | : | | |
| | : | Date: | 1/18/2017 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

*MATTER:*   #161 - Status Conference re: Trustee's Notice of Final Cure
             #150 - Notice of Final Cure Mortgage Payment re: Rule 3002.1 and Claim No. 9-2
             #160 - Response to Notice of Final Cure Payment by U.S. Bank
             #163 - Reply filed by Chapter 13 Trustee
             #164 - Proposed Order filed by Chapter 13 Trustee

*APPEARANCES*:
    Debtor:      Franklin L. Robinson
    Trustee:     Owen Katz
    U.S. Bank:   James Warmbrodt

*NOTES:*

Katz - Dispute revolves around whether mortgage was current through July 2016 or August 2016. Trustee paid mortgage through August 2016. U.S. Bank argues that the Debtor was only current through July 2016. Trustee's records are available to US Bank.

Warmbrodt - Compared trustee's records with the records of US Bank and they appear to match. Did not yet receive authorization from US Bank to stipulate to the trustee's Notice but recommended to U.S. Bank that it do so.

*OUTCOME:*

1. Matter continued to February 15, 2017 at 11:00 a.m. If a resolution is reached, parties to file a stipulation under certification of counsel by February 3, 2017. If a resolution is not reached, then on or before February 10, 2017, each party shall file a simple spreadsheet identifying all payments that were made by the trustee and all payments received by U.S. Bank after June 29, 2010. (Text Order to issue).

**DATED:** 1/18/2017