FILED
2/9/17 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Almaria H. Wheeler | BKY. NO. 10-24638 GLT |
| Debtor | |
| Ronda J. Winnecour, Chapter 13 Trustee, | Related to Document Nos. 150, 160, 163, 164 |
| Movant, | |
| v. | |
| U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11, | |
| Respondent | |

## STIPULATION AND ORDER AS TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AS TO CLAIM NO. 9-2

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Respondent, U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11, filed its proof of claim in this matter at Court claim no. 9-2; and

WHEREAS, The Chapter 13 Trustee has filed a Notice of Final Cure Payment at Doc. 150; and

WHEREAS, Respondent has filed its Response to Notice of Final Cure Payment at Doc. 160;

It is therefore Stipulated and agreed as follows:

1.      Respondent agrees that the Debtor has paid in full the amount required to cure the prepetition default on the Respondent's claim.

2.      Respondent states that the Debtor is current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs, and that the next postpetition payment due from the debtor is due on August 1, 2016.

3.      US Bank, N.A. is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, or for attending any hearing in this matter.

Consented to by:

**/s/ Owen W. Katz, Esquire**
Owen W. Katz, Esquire
PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower-Suite 3250
Pittsburgh, PA 15219
412-471-5566
okatz@chapter13trusteewdpa.com

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
PA I.D. 42524
Attorney for Respondent
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-627-1322
Fax: 215-627-7734
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 10-24638-GLT
Almaria H. Wheeler                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala          Page 1 of 1          Date Rcvd: Feb 09, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db              +Almaria H. Wheeler,   1335 Laketon Road,   Wilkinsburg, PA 15221-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
          Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
          Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11, ecfmail@mwc-law.com
          Franklin L. Robinson, Jr.   on behalf of Plaintiff Almaria H. Wheeler frobi69704@aol.com,
          flrlegal@excite.com
          Franklin L. Robinson, Jr.   on behalf of Debtor Almaria H. Wheeler frobi69704@aol.com,
          flrlegal@excite.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
          2004-HE11, Asset-Backed Certificates Series 2004-HE11 bkgroup@kmllawgroup.com
          Kevin T. McQuail   on behalf of Creditor   Bank of America, National Association
          ecfmail@mwc-law.com
          Matthew Christian Waldt   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
          Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
          Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11 mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          Matthew John McClelland   on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle
          Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I
          Trust 2004-HE11, Asset-Backed Certificates Series 2004-HE11 bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
          Reed J. Davis   on behalf of Defendant   Home Plus Finance Corporation rjd@ddapc.com,
          lad@ddapc.com
          Reed J. Davis   on behalf of Creditor   Homeplus Finance Corporation rjd@ddapc.com,   lad@ddapc.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 12